## TRIM v. STATE.
### No. 23445.

Court of Criminal Appeals of Texas.
Oct. 30, 1946.

Rehearing Denied Nov. 20, 1946.

No appearance for appellant on appeal.

Ernest S. Goens, State's Atty., of Austin, for the State.

Court of Criminal Appeals of Texas.
Oct. 30, 1946.

Rehearing Denied Nov. 20, 1946.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for burglary. The punishment assessed is confinement in the state penitentiary for a term of three years.

The indictment appears regular. The record is before us without a statement of facts or bills of exception.

The judgment of the trial court is affirmed.